IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KENT ADAMSON** and
**GRACE ADAMSON**,

        Plaintiffs,

    v.

**WELLS FARGO BANK,**

        Defendant.

No. 3:17-cv-00228-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Pro se Plaintiffs Kent and Grace Adamson filed a Complaint [2] on February 10, 2017. The Adamsons also filed an Application to Proceed in Forma Pauperis [1] and a Motion for Appointment of Counsel [3].

    I granted the Application to Proceed in Forma Pauperis, and it remains granted, but I dismissed the complaint without service of process. Order [8]. I gave the Adamsons thirty days to file an amended complaint that cured the jurisdictional and claim deficiencies identified in the order. Order [8]. The Adamsons filed an Amended Complaint [12] twenty days later.

    The Court now finds that the Amended Complaint [12] sufficiently cures the jurisdictional and claim deficiencies as required by the Court's Order [8]. The Clerk's Office is directed to issue U.S. Marshal's Form 285 and summons to the Adamsons for service of the

1 – OPINION AND ORDER

Amended Complaint [12]. The Adamsons have thirty days to serve the Amended Complaint. The Court STRIKES the former Discovery and Pretrial Scheduling Order [15].

IT IS SO ORDERED.

DATED this \_\_11th\_\_ day of January, 2018.

*/s/Michael W. Mosman*
MICHAEL W. MOSMAN
Chief United States District Judge